```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 23337
   DONALD L KUHN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-6606


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/03/08 .

   2.  The case was dismissed without confirmation, 12/04/2008.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
---------------------------------------------------------------------------
EMC MORTGAGE                 CURRENT MORTG         .00            .00            .00
EMC MORTGAGE                 MORTGAGE ARRE   NOT FILED            .00            .00
GLEN EAGLE FARMS H/O ASS     SECURED               .00            .00            .00
LASALLE BANK                 NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT REVENUE        UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE     UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE     UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00         .00         .00
PRINCIPAL PAID        .00         .00         .00         .00         .00
INTEREST PAID         .00         .00         .00         .00         .00
TOTAL PAID            .00         .00         .00         .00         .00
The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $       .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/13/09              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 23337 DONALD L KUHN
```